Justo E. **ROQUE**, Jr., Plaintiff-Appellant

v.

**BARDELLCO, L.L.C.,** Incorrectly named as **McDonald's Corporate Office** and **McDonald's Restaurant's New Orleans, LA,** Defendant-Appellee

No. 16-30663
Summary Calendar

United States Court of Appeals, Fifth Circuit.

Date Filed: 11/15/2016

Justo E. Roque, Jr., Pro Se, New Orleans, LA, for Plaintiff-Appellant.

Edward Francis Harold, Fisher & Phillips, L.L.P., New Orleans, LA, for Defendant-Appellee.

Before REAVLEY, OWEN, and ELROD, Circuit Judges.

PER CURIAM: *

The judgment of the district court is affirmed for the reasons given by that court, and Appellant has not made an understandable argument addressing any error in that judgment.

AFFIRMED.

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

